█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TRACEY INGLESTON, Appellant. [636 NYS2d 712] —Judgment

unanimously affirmed *(see, People v Saunders,* 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Cayuga County Court, Corning, J.—Manslaughter, 2nd Degree.) Present—Denman, P. J., Green, Wesley, Balio and Boehm, JJ.